

BIVENS & NORE, P.A.
ATTORNEYS AT LAW

Phoenix Corp. Ctr.
3003 N. Central Ave.
Suite 1200
P.O. Box 2199
Phoenix, Arizona
85001-2199

Telephone
602-604-2200

Facsimile
602-263-5333

John C. Scheller
(admitted pro hac vice; Wis. SBN No. 1031247)
Kevin M. St. John
(admitted pro hac vice; Wis. SBN No. 1054815)
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, Wisconsin 53703
(608) 257-3501

Don Bivens, State Bar No. 005134
Michael K. Dana, State Bar No. 019047
BIVENS & NORE, P.A.
3003 North Central Avenue
Suite 1200
Phoenix, Arizona 85012-2915
(602) 604-2200
dwbivens@bivens-nore.com
mdana@bivens-nore.com

*Attorneys for Plaintiff Hy-Cite Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hy-Cite Corporation, a Wisconsin corporation, <br><br>      Plaintiff, <br><br>     vs. <br><br> badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; Xcentric Ventures, LLC, an Arizona Limited Liability Company d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; and Ed Magedson, an Arizona resident, <br><br>      Defendants. | Case No: CV-04-2856-PHX-EHC <br><br><br><br><br> **APPLICATION FOR ENTRY OF DEFAULT** |

Pursuant to Rule 55(a), Fed. R. Civ. P., Plaintiff Hy Cite Corporation requests that the Clerk of this Court enter the default of Defendants badbusinessbureau.com, LLC, Xcentric Ventures, LLC, and Ed Magedson for the reason that Defendants have failed to



BIVENS
& NORE, P.A.
ATTORNEYS AT LAW

Phoenix Corp. Ctr.
3003 N. Central Ave.
Suite 1200
P.O. Box 2199
Phoenix, Arizona
85001-2199

Telephone
602-604-2200

Facsimile
602-263-5333

plead or otherwise respond to Plaintiff's Amended Complaint as required by the Federal

Rules of Civil Procedure. (*See* Dana Affidavit, Exh. A.)

DATED this 17th day of January, 2006.

MICHAEL BEST & FRIEDRICH LLP
John C. Scheller
Kevin M. St. John
One South Pinckney Street, Suite 700
Madison, Wisconsin 53703

BIVENS & NORE, P.A.

By ____s/Michael K. Dana_____
Don Bivens
Michael K. Dana
3003 North Central Avenue, Suite 1200
Phoenix, Arizona 85012-2915
Attorneys for Plaintiff Hy-Cite Corporation

CERTIFICATE OF SERVICE

I hereby certify that on January 17th, 2006, I electronically transmitted the attached

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing to the following CM/ECF registrants:

Maria Crimi Speth
Jaburg & Wilk
3200 North Central Avenue, Suite 2000
Phoenix, Arizo9na 85012
Attorney for Defendants
mcs@jaburgwilk.com

____s/E.E. Szafranski_____

/ / /

/ / /

/ / /

- 2 -



Phoenix Corp. Ctr.
3003 N. Central Ave.
Suite 1200
P.O. Box 2199
Phoenix, Arizona
85001-2199

Telephone
602-604-2200

Facsimile
602-263-5333

1     I further certify that on January 17th , 2006, I served the attached document by U.S.

2  Mail, postage prepaid, on the following, who is not a registered participant of the

3  CM/ECF System:

4  Honorable Earl H Carroll
    United States District Court
5  401 West Washington Street
    Phoenix, Arizona 85003
6

7

8     s/E.E. Szafranski
    445905
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

# EXHIBIT A



BIVENS
& NORE, P.A.
ATTORNEYS AT LAW

Phoenix Corp. Ctr.
3003 N. Central Ave.
Suite 1200
P.O. Box 2199
Phoenix, Arizona
85001-2199

Telephone
602-604-2200

Facsimile
602-263-5333

1  John C. Scheller
   (admitted pro hac vice; Wis. SBN No. 1031247)
2  Kevin M. St. John
   (admitted pro hac vice; Wis. SBN No. 1054815)
3  MICHAEL BEST & FRIEDRICH LLP
   One South Pinckney Street, Suite 700
4  Madison, Wisconsin 53703
   (608) 257-3501
5
   Don Bivens, State Bar No. 005134
6  Michael K. Dana, State Bar No. 019047
   BIVENS & NORE, P.A.
7  3003 North Central Avenue
   Suite 1200
8  Phoenix, Arizona  85012-2915
   (602) 604-2200
9  dwbivens@bivens-nore.com
   mdana@bivens-nore.com
10
11 *Attorneys for Plaintiff Hy-Cite Corporation*

12 **IN THE UNITED STATES DISTRICT COURT**

13 **FOR THE DISTRICT OF ARIZONA**

14 Hy-Cite Corporation, a Wisconsin        )   Case No:  CV-04-2856-PHX-EHC
   corporation,                           )
15                                         )
              Plaintiff,                   )
16                                         )
         vs.                               )
17                                         )
   badbusinessbureau.com, L.L.C., a St.    )   **AFFIDAVIT OF MICHAEL K.**
18 Kitts/Nevis Corporation d/b/a           )   **DANA IN SUPPORT OF**
   badbusinessbureau.com and/or            )   **APPLICATION FOR**
19 ripoffreport.com and/or                 )   **ENTRY OF DEFAULT**
   badbusinessbureau.com/Rip-              )
20 OffReport.com; Xcentric Ventures, LLC,  )
   an Arizona Limited Liability Company    )
21 d/b/a badbusinessbureau.com and/or      )
   ripoffreport.com and/or                 )
22 badbusinessbureau.com/Rip-              )
   OffReport.com; and Ed Magedson, an      )
23 Arizona resident,                       )
                                           )
24            Defendants.                  )
                                           )
25 _____

26 STATE OF ARIZONA         )
                            : ss
27 COUNTY OF Maricopa       )

28        I, Michael K. Dana, being first duly sworn on oath, state the following:



BIVENS
& NORE, P.A.
ATTORNEYS AT LAW

Phoenix Corp. Ctr.
3003 N. Central Ave.
Suite 1200
P.O. Box 2199
Phoenix, Arizona
85001-2199

Telephone
602-604-2200

Facsimile
602-263-5333

1         1.      The Complaint in the above-captioned matter was filed on December 10,

2 2004.

3         2.      An Amended Complaint was filed on January 18, 2005.

4         3.      Defendants thereafter moved to dismiss the Complaint on various grounds.

5         4.      This Court issued its Order Granting Motion to Dismiss in Part on

6 December 27, 2005.

7         5.      Defendants have not filed an Answer to the Complaint after issuance of this

8 Court's December 27, 2005 Order.

9         DATED this 17th day of January, 2006.

10

11

12                              Michael K. Dana

13         Subscribed and sworn to before me this 17th day of January, 2006.

14

15            Notary Public

16

17 My commission expires:

18

19 

OFFICIAL SEAL
ELIZABETH E. SZAFRANSKI
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires May 14, 2007

20

21 445906

22

23

24

25

26

27

28

- 2 -