IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hy Cite Corporation, a Wisconsin corporation, | No. CIV 04-2856-PHX-EHC |
| Plaintiff, | **ORDER** |
| vs. | |
| badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; | |
| Xcentric Ventures, L.L.C., an Arizona limited liability company d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; and | |
| Ed Magedson, an Arizona resident, | |
| Defendants. | |

Plaintiff filed an Application for Entry of Default based on Defendants' failure to file a timely Answer. [Dkt. 45]. Defendants filed an Answer two days later. [Dkt. 46].

**IT IS ORDERED** that Plaintiff's Application for Entry of Default Judgment is set for hearing on **Monday, January 30, 2006 at 10:00 a.m.**

DATED this 25th day of January, 2006.

Earl H. Carroll
United States District Judge

Dockets.Justia.com