Maria Crimi Speth, #012574
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Defendants
Xcentric and Magedson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hy Cite Corporation, a Wisconsin Corporation;<br><br>Plaintiff,<br><br>v.<br><br>badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a/ badbusinessbureau.com and/or ripoffreport.com and/or badfusinessbureau.com/Rip-Off Report.com; Xcentric Ventures, LLC, an Arizona Limited Liability company d/b/a/ badfusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; and Ed Magedson, an Arizona resident,<br><br>Defendants. | Case No: CV04-2856 PHX EHC<br><br>**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER** |

Defendants Xcentric Ventures, LLC and Ed Magedson request that the Court, pursuant to Fed.R.Civ.P. 6(b), permit the late filing of their answer on the grounds that the answer was untimely as a result of the excusable neglect of undersigned counsel.

As the Court is aware, Defendants have previously appeared in this case and filed a Motion to Dismiss which was granted in part and denied in part on December 27, 2005.

That Order triggered the time for the filing of an answer. The answer was due on January 17, 2006. On January 17, 2006, before the time to answer expired, Plaintiff filed an Application for Entry of Default. The Court held oral argument on that Application on January 30, 2006 and indicated that Defendants should have filed a request to file the answer late.

Undersigned was, and had been, in Utah in arbitration when the Application for Entry of Default was received. Adam Kunz, an attorney in our office who is not familiar with the case and did not have the information needed to answer the complaint, contacted counsel for Plaintiff and requested an extension. Counsel for Plaintiff would not agree, and as soon as undersigned returned, an answer was filed. The answer was filed two days late, on January 19, 2006.

The reason for the failure to file in a timely manner was that the Order came in during the holidays, right before undersigned was beginning a complex securities law arbitration in Utah. Due to an oversight, undersigned neglected to request that staff docket the ten-day time period for filing the answer. It has been held that "excusable neglect" under Rule 6(b) is a somewhat "elastic concept" and is not limited strictly to omissions caused by circumstances beyond the control of the movant. *Pioneer Inv. Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380, *392, 113 S.Ct. 1489, **1496 (1993). Here, Defendants' counsel's failure to docket the answer, was excusable neglect resulting from juggling numerous litigation matters, including one complex out-of-state matter that was time demanding.

Plaintiff takes the position that entry of default is warranted. However, "default judgments are a drastic remedy, not favored by the Federal Rules and resorted to by courts only in extreme situations." *Sun Bank of Ocala v. Pelican Homestead and Sav. Ass'n*, 874 F.2d 274, 276 (5th Cir.1989) (citations omitted).

Accordingly, Defendants request that the Court enter the proposed order filed herewith granting Defendants an enlargement of time, pursuant to Rule 6(b) to file their answer to and including January 19, 2006.

2

DATED this 30th day of January, 2006.

**JABURG & WILK, P.C.**

*/s/ Maria Crimi Speth*
Maria Crimi Speth
Attorneys for Defendants
Xcentric and Magedson

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2006, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Don Bivens
Michael K. Dana
MEYER, HENDRICKS & BIVENS, P.A.
3003 North Central Avenue
Suite 1200
Phoenix, Arizona 85012-2915
Attorneys for Plaintiff

With a COPY of the foregoing mailed on the 31st day of January, 2006, to:

John C. Scheller
MICHAEL BEST & FRIEDRICH, LLP
One South Pinckney Street
Suite 700
Madison, WI 53701-1806
Attorneys (pro hac vice) for Plaintiff

3

10297-1/MCS/MCS/513656_v1
Case 2:04-cv-02856-EHC   Document 49   Filed 01/30/2006   Page 3 of 4

With a COPY of the foregoing hand delivered on the 31st day of January, 2006, to:

Honorable Earl H. Carroll
United States District court
Sandra Day O'Connor U. S. Courthouse
401 West Washington Street
Phoenix, Arizona 85003

*[signature]*