IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hy Cite Corporation, a Wisconsin corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com;<br><br>Xcentric Ventures, L.L.C., an Arizona limited liability company d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; and<br><br>Ed Magedson, an Arizona resident,<br><br>        Defendants. | No. CIV 04-2856-PHX-EHC<br><br>**ORDER** |

Pending before the Court is Plaintiff's Application for Entry of Default [dkt. 45] based on Defendants filing an Answer [dkt. 46] two days late. The Court held a hearing concerning this matter on January 30, 2006.

Subsequent to the hearing, Defendants filed a Motion for Enlargement of Time to Answer. [Dkt. 49]. The Motion is fully briefed.

Defendants request that the Court enlarge the time to answer by two days because Defendants' Counsel "neglected to request that staff docket the ten-day time period for filing the answer." [Dkt. 49, p. 2]. Counsel was unable to herself docket the time period

because she was in Utah handling another matter. The Court finds that the failure to docket the time period excuses a two-day delay in filing the Answer.

Plaintiff contends that Defendants should be required to pay its fees in seeking entry of default and opposing the Motion for Enlargement. Plaintiff, however, could have avoided incurring those fees by stipulating to an extension of time, as Defendants requested on the last day for timely filing the Answer. The Court will not grant Plaintiff the requested attorney fees.

Accordingly,

**IT IS ORDERED** that Plaintiff's Application for Entry of Default [dkt. 45] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Enlargement of Time to Answer [dkt. 49] is **GRANTED**.

DATED this 5th day of April, 2006.

*(signature)*
Earl H. Carroll
United States District Judge