| | |
|---|---|
| 1 | John C. Scheller<br>MICHAEL BEST & FRIEDRICH, LLP |
| 2 | One South Pinckney Street, Suite 700<br>Madison, WI 53701-1806 |
| 3 | |
| 4 | Don Bivens, No. 005134<br>Michael K. Dana, No. 019047 |
| 5 | BIVENS & NORE, P.A.<br>3003 North Central Avenue, Suite 1200<br>Phoenix, Arizona 85012-2915 |
| 6 | (602) 604-2200 |
| 7 | Attorneys for Plaintiff |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Hy Cite Corporation, a Wisconsin Corporation, | ) | NO: CV04-2856 PHX EHC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JOINT STIPULATION TO** |
| badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; Xcentric Ventures, LLC, an Arizona Limited Liability Company d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; and Ed Magedson, an Arizona resident, | ) | **CONTINUE SCHEDULING CONFERENCE** |
| Defendants. | ) | |

The parties, by and through their respective counsel, hereby request that the Court continue the May 15, 2006 Scheduling Conference due to a scheduling conflict for Plaintiff's counsel.

/ / /

/ / /

/ / /

Dockets.Justia.com

RESPECTFULLY SUBMITTED this 24th day of April, 2006.

    MICHAEL BEST & FRIEDRICH, LLP
    John C. Scheller
    One South Pinckney Street, Suite 700
    Madison, WI 53701-1806

    BIVENS & NORE, P.A.

    By: /s/ Michael K. Dana
    Don Bivens, No. 005134
    Michael K. Dana, No. 019047
    3003 North Central Avenue, Suite 1200
    Phoenix, Arizona 85012-2915

    Attorneys for Hy Cite Corporation

    JABURG & WILK, P.C.

    By: /s/ Michael K. Dana for
    Maria Crimi Speth, No. 012574
    3200 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012

    Attorneys for Defendant Xcentric Ventures

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Maria Crimi Speth
Jaburg & Wilk
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Attorney for Defendants
mcs@jaburgwilk.com


    s/E.E. Szafranski

449134

2

Case 2:04-cv-02856-EHC    Document 55    Filed 04/24/2006    Page 2 of 2