IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hy Cite Corporation, a Wisconsin corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com;<br><br>Xcentric Ventures, L.L.C., an Arizona limited liability company d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; and<br><br>Ed Magedson, an Arizona resident,<br><br>                    Defendants. | No. CIV 04-2856-PHX-EHC<br><br>**ORDER** |

        The parties filed a Joint Stipulation to Continue Scheduling Conference. [Dkt. 55].

        Accordingly,

        **IT IS ORDERED** that the scheduling conference set for May 15, 2006 is **CONTINUED** until **Tuesday, May 30, 2006 at 9:00 a.m.**

        DATED this 26th day of April, 2006.

_____
Earl H. Carroll
United States District Judge

Dockets.Justia.com