Maria Crimi Speth, #012574
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Defendant Ed Magedson

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hy Cite Corporation, a Wisconsin Corporation;<br><br>Plaintiff,<br><br>v.<br><br>badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a/ badbusinessbureau.com and/or ripoffreport.com and/or badfusinessbureau.com/Rip-Off Report.com; Xcentric Ventures, LLC, an Arizona Limited Liability company d/b/a/ badfusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; and Ed Magedson, an Arizona resident,<br><br>Defendants. | Case No:  CV04-2856 PHX EHC<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

The parties, by and through their respective counsel, hereby request that the Court continue the May 30, 2006, Scheduling Conference due to a scheduling conflict for Defendant's counsel. Undersigned counsel has a trial scheduled to begin before the Honorable Paul A. Katz in the Maricopa County Superior Court on May 30, 2006, in *Trager, L.L.C. v. First Federal Security, Inc.*, Case No. CV2004-012140.

To assist the Court in rescheduling the Scheduling Conference, undersigned counsel will be in trial for one week as stated above and out of the state beginning June 5, 2006, for a planned vacation and will return to the office on June 13, 2006.

WHEREFORE, it is respectfully requested that the Scheduling Conference be vacated and rescheduled to the court's next available date after June 13, 2006.

DATED this ____5____ day of May, 2006.

**MICHAEL BEST & FRIEDRICH, LLP**
John C. Scheller
One South Pinckney Street
Suite 700
Madison, WI 53701-1806

**BIVENS & NORE, P.A.**

_____
Don Bivens
Michael K. Dana
3003 North Central Avenue
Suite 1200
Phoenix, Arizona 85012-2915

Attorneys for Plaintiff

**JABURG & WILK, P.C.**

_____
Maria Crimi Speth
Attorneys for Defendant Ed Magedson

2

# CERTIFICATE OF SERVICE

I hereby certify that on May ___5___, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Don Bivens
Michael K. Dana
**BIVENS & NORE, P.A.**
3003 North Central Avenue
Suite 1200
Phoenix, Arizona 85012-2915

And a copy mailed this ___5___ day of May, 2006, to:

John C. Scheller
**MICHAEL BEST & FRIEDRICH, LLP**
One South Pinckney Street
Suite 700
Madison, WI 53701-1806

_/s/ Debra Bower_