# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hy Cite Corporation, a Wisconsin Corporation; <br><br> Plaintiff, <br><br> v. <br><br> badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a/ badbusinessbureau.com and/or ripoffreport.com and/or badfusinessbureau.com/Rip-Off Report.com; Xcentric Ventures, LLC, an Arizona Limited Liability company d/b/a/ badfusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; and Ed Magedson, an Arizona resident, <br><br> Defendants. | Case No: CV04-2856 PHX EHC <br><br> **ORDER RE: JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

The parties filed a Joint Stipulation to Continue Scheduling Conference.

Accordingly,

IT IS ORDERED that the scheduling conference set for May 15, 2006, is continued until **June 26, 2006 at 9:15 a.m**.

Dated this 9th day of May, 2006.

*/s/ Earl H. Carroll*
Earl H. Carroll
United States District Judge

10297-1/MCS/DAG/527846_v1

Dockets.Justia.com