John C. Scheller
(admitted *pro hac vice*; Wis. SBN No. 1031247)
Kevin M. St. John
(admitted *pro hac vice*; Wis. SBN No. 1054815)
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Suite 700
Madison, Wisconsin 53703
(608) 257-3501

Michael K. Dana (#019047)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000

Don Bivens (#005134)
BIVENS & NORE, P.A.
3003 North Central Avenue
Suite 1200
Phoenix, AZ 85012

Attorneys for Plaintiff Hy-Cite Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hy-Cite Corporation, a Wisconsin corporation,<br><br>  Plaintiff,<br><br>v.<br><br>badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; Xcentric Ventures, LLC, an Arizona Limited Liability Company d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; and Ed Magedson, an Arizona resident,<br><br>  Defendants. | No. CV-04-2856-PHX-EHC<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION** |

Dockets.Justia.com

**NOTICE IS HEREBY GIVEN** that Michael K. Dana, counsel for Plaintiff Hy-Cite Corporation, has changed his firm affiliation and is currently associated with Snell & Wilmer, L.L.P. Mr. Dana was formerly associated with Bivens & Nore, P.A. Don Bivens and his firm, Bivens & Nore, P.A., and John C. Scheller and Kevin M. St. John and their firm, Michael Best & Friedrich LLP, remain as co-counsel for Plaintiff.

Accordingly, henceforward, copies of all notices, pleadings and orders should be provided to Mr. Dana as follows:

> Michael K. Dana
> Snell & Wilmer, L.L.P.
> One Arizona Center
> Phoenix, Arizona 85004-2202
> (602) 382-6000
> (602) 382-6070 (fax)
> mdana@swlaw.com

DATED this 9th day of June, 2006.

SNELL & WILMER L.L.P.

By _/s/ Michael K. Dana_
Michael K. Dana
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202

-and-

Don Bivens
BIVENS & NORE, P.A.
3003 North Central Avenue
Suite 1200
Phoenix, Arizona 85012

-and-

John C. Scheller
Kevin M. St. John
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Suite 700
Madison, Wisconsin 53703

Attorneys for Plaintiff

# CERTIFICATE OF MAILING

I hereby certify that on June **9**, 2006, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing to the following CM/ECF participant:

>Maria Crimi Speth
>Jaburg & Wilk
>3200 North Central Avenue
>Suite 2000
>Phoenix, Arizona 85012
>Attorneys for Defendants

>Don Bivens (#005134)
>BIVENS & NORE, P.A.
>3003 North Central Avenue
>Suite 1200
>Phoenix, AZ 85012

I further certify that on June **9**, 2006, I served a courtesy copy of the aforementioned document and transmittal of a Notice of Electronic Filing by mail on the following:

>The Honorable Earl H. Carroll
>United States District Court
>401 West Washington Street, SPC 48
>Suite 521
>Phoenix, AZ 85003-2151

>John C. Scheller
>Kevin M. St. John
>MICHAEL BEST & FRIEDRICH LLP
>One South Pinckney Street
>Suite 700
>Madison, Wisconsin 53703

*Carolyn Coffin*
Carolyn Coffin