John C. Scheller
(admitted *pro hac vice*; Wis. SBN No. 1031247)
Kevin M. St. John
(admitted *pro hac vice*; Wis. SBN No. 1054815)
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Suite 700
Madison, Wisconsin 53703
(608) 257-3501

Michael K. Dana (#019047)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000

Don Bivens (#005134)
BIVENS & NORE, P.A.
3003 North Central Avenue
Suite 1200
Phoenix, AZ 85012

Attorneys for Plaintiff Hy-Cite Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hy-Cite Corporation, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; Xcentric Ventures, LLC, an Arizona Limited Liability Company d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; and Ed Magedson, an Arizona resident,<br><br>Defendants. | No. CV-04-2856-PHX-EHC<br><br>**JOINT STIPULATION TO CONTINUE JUNE 26, 2006 SCHEDULING CONFERENCE** |

The parties, by and through their respective counsel, hereby request that the Court continue the June 26, 2006 Scheduling Conference. The parties are currently engaged in settlement discussions and hope to achieve a resolution that will eliminate the need for additional litigation. To allow adequate time for these discussions, and to accommodate counsels' upcoming schedules, the parties request that the Scheduling Conference be set after July 28, 2006.

DATED this 19th day of June, 2006.

SNELL & WILMER L.L.P.

By _____
Michael K. Dana
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202

-and-

Don Bivens
BIVENS & NORE, P.A.
3003 North Central Avenue
Suite 1200
Phoenix, Arizona 85012

-and-

John C. Scheller
Kevin M. St. John
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Suite 700
Madison, Wisconsin 53703

Attorneys for Plaintiff

JABURG & WILK

By _____ for
Maria Crimi Speth
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

## CERTIFICATE OF MAILING

I hereby certify that on June _19_, 2006, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing to the following CM/ECF participant:

    Maria Crimi Speth
    Jaburg & Wilk
    3200 North Central Avenue
    Suite 2000
    Phoenix, Arizona 85012
    Attorneys for Defendants

    Don Bivens (#005134)
    BIVENS & NORE, P.A.
    3003 North Central Avenue
    Suite 1200
    Phoenix, AZ 85012

I further certify that on June _19_, 2006, I served a courtesy copy of the aforementioned document and transmittal of a Notice of Electronic Filing by mail on the following:

    The Honorable Earl H. Carroll
    United States District Court
    401 West Washington Street, SPC 48
    Suite 521
    Phoenix, AZ 85003-2151

    John C. Scheller
    Kevin M. St. John
    MICHAEL BEST & FRIEDRICH LLP
    One South Pinckney Street
    Suite 700
    Madison, Wisconsin 53703

*/s/ Carolyn Coffin*
Carolyn Coffin

1849665