IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hy-Cite Corporation, a Wisconsin corporation,<br><br>                Plaintiff,<br><br>v.<br><br>badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; Xcentric Ventures, LLC, an Arizona Limited Liability Company d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; and Ed Magedson, an Arizona resident,<br><br>                Defendants. | No. CV-04-2856-PHX-EHC<br><br>**ORDER** |

      The parties filed a Joint Stipulation to Continue Scheduling Conference. Accordingly,

      **IT IS ORDERED** vacating the scheduling conference set for June 26, 2006.

      **IT IS FURTHER ORDERED** resetting the scheduling conference on **July 31, 2006** at **10:15 a.m.**

      DATED this 20th day of June, 2006.

*/s/ Earl H. Carroll*
_____
Earl H. Carroll
United States District Judge