John C. Scheller
(admitted *pro hac vice*; Wis. SBN No. 1031247)
Kevin M. St. John
(admitted *pro hac vice*; Wis. SBN No. 1054815)
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Suite 700
Madison, Wisconsin 53703
(608) 257-3501

Don Bivens (#005134)
Michael K. Dana (#019047)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000

Attorneys for Plaintiff Hy-Cite Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hy-Cite Corporation, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; Xcentric Ventures, LLC, an Arizona Limited Liability Company d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; and Ed Magedson, an Arizona resident,<br><br>Defendants. | No. CV-04-2856-PHX-EHC<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION** |

**NOTICE IS HEREBY GIVEN** that Don Bivens, counsel for Plaintiff Hy-Cite Corporation, has changed his firm affiliation and is currently associated with Snell &

Wilmer, L.L.P. Mr. Bivens was formerly associated with Bivens & Nore, P.A. John C. Scheller and Kevin M. St. John and their firm, Michael Best & Friedrich LLP, remain as co-counsel for Plaintiff.

Accordingly, henceforward, copies of all notices, pleadings and orders should be provided to Plaintiff's counsel as follows:

> Donald W. Bivens
> Michael K. Dana
> Snell & Wilmer, L.L.P.
> One Arizona Center
> Phoenix, Arizona 85004-2202
> (602) 382-6000
> (602) 382-6070 (fax)
> mdana@swlaw.com

DATED this 14th day of July, 2006.

SNELL & WILMER L.L.P.

By _____
Don Bivens
Michael K. Dana
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202

-and-

John C. Scheller
Kevin M. St. John
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Suite 700
Madison, Wisconsin 53703

Attorneys for Plaintiff

# CERTIFICATE OF MAILING

I hereby certify that on July 14th, 2006, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing to the following CM/ECF participant:

> Maria Crimi Speth
> Jaburg & Wilk
> 3200 North Central Avenue
> Suite 2000
> Phoenix, Arizona 85012
> Attorneys for Defendants

I further certify that on July 14th, 2006, I served a courtesy copy of the aforementioned document and transmittal of a Notice of Electronic Filing by mail on the following:

> The Honorable Earl H. Carroll
> United States District Court
> 401 West Washington Street, SPC 48
> Suite 521
> Phoenix, AZ 85003-2151

> John C. Scheller
> Kevin M. St. John
> MICHAEL BEST & FRIEDRICH LLP
> One South Pinckney Street
> Suite 700
> Madison, Wisconsin 53703

*Carolyn Coffin*
Carolyn Coffin

1860153