John C. Scheller
(*admitted pro hac vice*; Wis. SBN No. 1031247)
Kevin M. St. John
(*admitted pro hac vice*; Wis. SBN No. 1054815)
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, WI 53703
(608) 257-3501

Don Bivens, No 005134
Michael K. Dana, No. 019047
SNELL & WILMER, LLP
One Arizona Center
Phoenix, AZ 85004-2202
(602) 382-6000

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hy Cite Corporation, a Wisconsin Corporation,<br><br>      Plaintiff,<br><br> v.<br><br>badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; Xcentric Ventures, LLC, an Arizona Limited Liability Company d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; and Ed Magedson, an Arizona resident,<br><br>      Defendants. | No: CV04-2856 PHX EHC<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY AS COUNSEL OF RECORD** |

PLEASE TAKE NOTICE that as of December 31, 2006, Kevin M. St. John (admitted pro hac vice) will no longer be employed by the law firm of Michael Best & Friedrich LLP and no longer in the private practice of law, and thus hereby withdraws as a counsel of record in the above-entitled case. Attorney John C. Scheller at Michael Best & Friedrich LLP as well as Attorneys Don Bivens and Michael K. Dana at Snell & Wilmer, LLP will continue to represent Plaintiff Hy Cite Corporation in this matter.

1933285.1