UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**Hy Cite Corp.,**
PLAINTIFF(S)

v.

**badbusinessbureau.com, LLC, et al.,**
DEFENDANT(S)

CASE NO. **CV 04-2856 PHX-EHC**

NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

PLEASE TAKE NOTICE:

　　Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, <u>*Notice of Withdrawal of Attorney #67*</u> filed by <u>*Michael Dana*</u>:

　　☒　Document does not contain a signature.

**ACTION REQUIRED BY THE FILER**

　　☒　The deficiency must be corrected within one (1) business day of this notice.
　　☒　Re-file corrected document, i.e. "s/ typed name".