John C. Scheller
(*admitted pro hac vice*; Wis. SBN No. 1031247)
Kevin M. St. John
(*admitted pro hac vice*; Wis. SBN No. 1054815)
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, WI 53703
(608) 257-3501

Don Bivens, No 005134
Michael K. Dana, No. 019047
SNELL & WILMER, LLP
One Arizona Center
Phoenix, AZ 85004-2202
(602) 382-6000

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hy Cite Corporation, a Wisconsin Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; Xcentric Ventures, LLC, an Arizona Limited Liability Company d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; and Ed Magedson, an Arizona resident,<br><br>　　　　　　　　Defendants. | No: CV04-2856 PHX EHC<br><br>**CORRECTED NOTICE OF WITHDRAWAL OF ATTORNEY AS COUNSEL OF RECORD** |

PLEASE TAKE NOTICE that as of December 31, 2006, Kevin M. St. John (admitted pro hac vice) will no longer be employed by the law firm of Michael Best & Friedrich LLP and no longer in the private practice of law, and thus hereby withdraws as a counsel of record in the above-entitled case. Attorney John C. Scheller at Michael Best & Friedrich LLP as well as Attorneys Don Bivens and Michael K. Dana at Snell & Wilmer, LLP will continue to represent Plaintiff Hy Cite Corporation in this matter.

1933285.1

1  DATED this 28th day of December, 2006.

2                                    MICHAEL BEST & FRIEDRICH LLP

3

4                                    By:   s/ John C. Scheller
                                        John C. Scheller
5                                       Kevin M. St. John
                                        One South Pinckney Street, Suite 700
6                                       P.O. Box 1806
                                        Madison, WI  53701-1806
7                                       (608) 257-3501

8                                    SNELL & WILMER, LLP

9

10

11                                   By:   s/ Michael K. Dana
                                        Michael K. Dana, No. 019047
12                                      One Arizona Center
                                        Phoenix, AZ  85004-2202
13                                      (602) 382-6000

14                                   Attorneys for Plaintiff

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2006, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing to the following CM/ECF participant:

>Maria Crimi Speth
>Jaburg & Wilk
>3200 North Central Avenue
>Suite 2000
>Phoenix, Arizona 85012
>Attorneys for Defendants

I further certify that on December 28, 2006, I served a courtesy copy of the aforementioned document and transmittal of a Notice of Electronic Filing by mail on the following:

>The Honorable Earl H. Carroll
>United States District Court
>401 West Washington Street, SPC 48
>Suite 521
>Phoenix, AZ 85003-2151

>s/ Michael K. Dana
>Michael K. Dana