John C. Scheller
(admitted *pro hac vice*; Wis. SBN No. 1031247)
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Suite 700
Madison, Wisconsin 53703
(608) 257-3501

Don Bivens (#005134)
Michael K. Dana (#019047)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000

Attorneys for Plaintiff Hy-Cite Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hy-Cite Corporation, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; Xcentric Ventures, LLC, an Arizona Limited Liability Company d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; and Ed Magedson, an Arizona resident,<br><br>Defendants. | No. CV-04-2856-PHX-EHC<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE TO MAY 31, 2007**<br><br>**(First Request)** |

The parties, by and through their respective counsel, hereby request that the Court extend the discovery deadline currently set for February 28, 2007. The parties are currently discussing possible resolutions to this matter and need additional time to

1945820.1

conduct discovery. Accordingly, the parties request that the discovery deadline be extended to May 31, 2007.

DATED this 21st day of February, 2007.

                              MICHAEL BEST & FRIEDRICH LLP

By     s/John C. Scheller
     John C. Scheller
     One South Pinckney Street
     Suite 700
     Madison, Wisconsin 53703

     -and-

SNELL & WILMER L.L.P.

By     s/ Michael K. Dana
     Don Bivens
     Michael K. Dana
     One Arizona Center
     400 E. Van Buren
     Phoenix Arizona
     Attorneys for Plaintiff

JABURG & WILK

By     s/ Maria Crimi Speth
     Maria Crimi Speth
     3200 North Central Avenue, Suite 2000
     Phoenix, Arizona 85012

## **CERTIFICATE OF MAILING**

I hereby certify that on February, 21, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and a transmittal of a notice of Electronic Filing to the following CM/ECF registrant:

     Maria Crimi Speth
     Jaburg & Wilk
     3200 North Central Avenue, Suite 2000
     Phoenix, Arizona 85012
     mcs@jaburgwilk.com

1945820.1

| | |
|---|---|
| 1 | I further certify that on February 21, 2007, I served a courtesy copy of the aforementioned document and transmittal of a Notice of Electronic Filing by mail on the following: |
| 2 | |
| 3 | |

   The Honorable Earl H. Carroll
   United States District Court
   401 West Washington Street, SPC 48
   Suite 521
   Phoenix, AZ  85003-2151

   John C. Scheller
   MICHAEL BEST & FRIEDRICH LLP
   One South Pinckney Street
   Suite 700
   Madison, Wisconsin 53703

                              s/ E.E. Szafranski

1945820.1