

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hy Cite Corporation, a Wisconsin corporation, | No. CV-04-2856-PHX-EHC |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; Xcentric Ventures, LLC, an Arizona Limited Liability Company d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; and Ed Magedson, an Arizona resident, | |
| Defendants. | |

After consideration of the parties' Joint Stipulation to Extend Discovery Deadline;

**IT IS HEREBY ORDERED** that the discovery deadline set for February 28, 2007 is **EXTENDED** until May 31, 2007.

1945827.1

Dockets.Justia.com