John C. Scheller
(admitted *pro hac vice*; Wis. SBN No. 1031247)
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Suite 700
Madison, Wisconsin 53703
(608) 257-3501

Don Bivens (#005134)
Michael K. Dana (#019047)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000

Attorneys for Plaintiff Hy-Cite Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hy-Cite Corporation, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; Xcentric Ventures, LLC, an Arizona Limited Liability Company d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; and Ed Magedson, an Arizona resident,<br><br>Defendants. | No. CV-04-2856-PHX-EHC<br><br>**JOINT STIPULATION TO EXTEND DEADLINES TO DISCLOSE AND DEPOSE EXPERT WITNESSES**<br><br>**(First Request)** |

The parties, by and through their respective counsel, hereby request that the Court extend the expert witness disclosure and deposition deadlines. Currently, expert disclosures are due March 16, 2007, and rebuttal disclosures are due April 30, 2007.

///

1964579.1

1  The deadline for expert depositions is May 31, 2007. The parties request that these
2  deadlines be extended by 30 days, as follows:
3      1.    Expert disclosures shall be due April 16, 2007;
4      2.    Rebuttal disclosures shall be due May 30, 2007; and
5      3.    Expert depositions shall be completed prior to July 2, 2007.
6  DATED this 8th day of March, 2007.

MICHAEL BEST & FRIEDRICH LLP

By    s/John C. Scheller
    John C. Scheller
    One South Pinckney Street
    Suite 700
    Madison, Wisconsin 53703

-and-

SNELL & WILMER L.L.P.

By    s/ Michael K. Dana
    Don Bivens
    Michael K. Dana
    One Arizona Center
    400 E. Van Buren
    Phoenix Arizona
    Attorneys for Plaintiff

JABURG & WILK

By    s/ Maria Crimi Speth
    Maria Crimi Speth
    3200 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012

## **CERTIFICATE OF MAILING**

I hereby certify that on March 8, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and a transmittal of a notice of Electronic Filing to the following CM/ECF registrant:

/ / /

1964579.1

| | |
|---|---|
| 1 | Maria Crimi Speth |
| 2 | Jaburg & Wilk |
| 3 | 3200 North Central Avenue, Suite 2000 |
|   | Phoenix, Arizona 85012 |
| 4 | mcs@jaburgwilk.com |

     I further certify that on March 8, 2007, I served a courtesy copy of the aforementioned document and transmittal of a Notice of Electronic Filing by mail on the following:

     The Honorable Earl H. Carroll
     United States District Court
     401 West Washington Street, SPC 48
     Suite 521
     Phoenix, AZ 85003-2151

     John C. Scheller
     MICHAEL BEST & FRIEDRICH LLP
     One South Pinckney Street
     Suite 700
     Madison, Wisconsin 53703

                        s/ E.E. Szafranski

1964579.1