1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Hy Cite Corporation, a Wisconsin corporation, | No. CV-04-2856-PHX-EHC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; Xcentric Ventures, LLC, an Arizona Limited Liability Company d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; and Ed Magedson, an Arizona resident, | |
| Defendants. | |

After consideration of the parties' Joint Stipulation to Extend Deadline for Disclosing Experts;

**IT IS HEREBY ORDERED:**

1. Expert disclosures shall be due April 16, 2007;

2. Rebuttal disclosures shall be due May 30, 2007; and

3. Expert depositions if any shall be completed prior to July 2, 2007.

1964610.1