IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hy Cite Corporation, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; Xcentric Ventures, LLC, an Arizona Limited Liability Company d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-OffReport.com; and Ed Magedson, an Arizona resident,<br><br>Defendants. | No. CV-04-2856-PHX-EHC<br><br>**ORDER** |

After consideration of the Parties' Joint Stipulation to Extend Deadline for Disclosing Experts;

**IT IS HEREBY ORDERED:**

1. Expert disclosures shall be due April 16, 2007;

2. Rebuttal disclosures shall be due May 30, 2007; and

3. Expert depositions if any shall be completed prior to July 2, 2007.

Dated this 13th day of March, 2007.

*Earl H. Carroll*
Earl H. Carroll
United States District Judge

1964610.1

Case 2:04-cv-02856-EHC  Document 73  Filed 03/13/2007  Page 1 of 1