Maria Crimi Speth, #012574
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Defendants Xcentric Ventures, LLC
and Ed Magedson

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Hy Cite Corporation, a Wisconsin Corporation,<br><br>   Plaintiff,<br>v.<br><br>badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a/ badbusinessbureau.com and/or ripoffreport.com and/or badfusinessbureau.com/Rip-Off Report.com; Xcentric Ventures, LLC, an Arizona Limited Liability company d/b/a/ badfusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; and Ed Magedson, an Arizona resident,<br><br>   Defendants, | Case No: CV04-2856 PHX-EHC<br><br>**NOTICE OF SERVICE OF DISCOVERY TO PLAINTIFF:**<br><br>**SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**<br><br>**FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF**<br><br>**SECOND SET OF NON-UNIFORM INTERROGATORIES TO PLAINTIFF** |

NOTICE IS HEREBY GIVEN that on March 16, 2007, via regular U. S. Mail, Defendants served upon Plaintiff its Second Request for Production of Documents, First Request for Admissions and Second Set of Non-Uniform Interrogatories.

DATED this 16th day of March, 2007.

                **JABURG & WILK, P.C.**

                s/Maria Crimi Speth
                Maria Crimi Speth, Esq.
                Attorneys for Defendants Xcentric
                Ventures, LLC and Ed Magedson

10297-5/MCS/DAG/576947_v1

Dockets.Justia.com

## Certificate of Service

I hereby certify that on March 16, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Don Bivens
Michael K. Dana
MEYER, HENDRICKS & BIVENS, P.A.
3003 North Central Avenue
Suite 1200
Phoenix, Arizona 85012-2915
Attorneys for Plaintiff

John C. Scheller
MICHAEL BEST & FRIEDRICH, LLP
One South Pinckney Street
Suite 700
Madison, WI 53701-1806
Attorneys (pro hac vice) for Plaintiff

s/Debra Gower