| | |
|---|---|
| Maria Crimi Speth, #012574<br>**JABURG & WILK, P.C.**<br>3200 North Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>(602) 248-1000 | |
| Attorneys for Defendants Xcentric Ventures, LLC and Ed Magedson | |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Hy Cite Corporation, a Wisconsin Corporation,<br><br>       Plaintiff,<br>v.<br><br>badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a/ badbusinessbureau.com and/or ripoffreport.com and/or badfusinessbureau.com/Rip-Off Report.com; Xcentric Ventures, LLC, an Arizona Limited Liability company d/b/a/ badfusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; and Ed Magedson, an Arizona resident,<br><br>       Defendants, | Case No: CV04-2856 PHX-EHC<br><br>**NOTICE OF SERVICE OF DISCOVERY: SUBPOENAS** |

NOTICE IS HEREBY GIVEN that on April 2, 2007, via Certified Mail Return Receipt Requested, Defendants issued and served the following Subpoenas Duces Tecum upon:

    Edmund G. Brown, California Attorney General

    Greg Abbot, Texas Attorney General

    Tom Corbett, Pennsylvania Attorney General

    Terry Goddard, Arizona Attorney General

    The Better Business Bureau, Milwaukee, Wisconsin

1  The Better Business Bureau, Phoenix, Arizona

DATED this 2nd day of April, 2007.

**JABURG & WILK, P.C.**

s/Maria Crimi Speth
Maria Crimi Speth, Esq.
Attorneys for Defendants Xcentric
Ventures, LLC and Ed Magedson

**Certificate of Service**

I hereby certify that on April 2, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Don Bivens
Michael K. Dana
MEYER, HENDRICKS & BIVENS, P.A.
3003 North Central Avenue
Suite 1200
Phoenix, Arizona 85012-2915
Attorneys for Plaintiff

John C. Scheller
MICHAEL BEST & FRIEDRICH, LLP
One South Pinckney Street
Suite 700
Madison, WI 53701-1806
Attorneys (pro hac vice) for Plaintiff

s/Janet A. Sauer