| | |
|---|---|
| 1 | John C. Scheller |
| | (admitted pro hac vice; Wis. SBN No. 1031247) |
| 2 | MICHAEL BEST & FRIEDRICH LLP |
| | One South Pinckney Street, Suite 700 |
| 3 | Madison, Wisconsin  53703 |
| | (608) 257-3501 |
| 4 | |
| | Michael K. Dana, No. 019047 |
| 5 | SNELL & WILMER, LLP |
| | One Arizona Center |
| 6 | Phoenix, AZ  85004-2202 |
| | (602) 382-6000 |
| 7 | |
| | Attorneys for Plaintiff |
| 8 | |
| | Maria Crimi Speth |
| 9 | JABURG & WILK |
| | 3200 North Central Avenue, Suite 2000 |
| 10 | Phoenix, AZ  85012 |
| | Fax: (602) 248-0522 |
| 11 | |
| | Attorneys for Defendants |
| 12 | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Hy Cite Corporation, a Wisconsin Corporation, | ) ) ) | NO:  CV04-2856 PHX EHC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; Xcentric Ventures, LLC, an Arizona Limited Liability Company d/b/a badbusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; and Ed Magedson, an Arizona resident, | ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION FOR DISMISSAL** |
| Defendants. | | |

10297-5/MCS/DAG/586161_v1

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action, including all claims and counterclaims, is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Each party shall bear its own costs and attorneys' fees.

**MICHAEL BEST & FRIEDRICH LLP**

By: s/John C. Scheller
    John C. Scheller
    Frances M. Haas
    One South Pinckney Street, Suite 700
    P.O. Box 1806
    Madison, Wisconsin  53701-1806

    Michael K. Dana, No. 019047
    Snell & Wilmer, LLP
    One Arizona Center
    Phoenix, AZ  85004-2202
    (602) 382-6000

    Attorneys for Plaintiff

**JARBURG & WILK**

By: s/Maria Crimi Speth
    Maria Crimi Speth
    3200 North Central Avenue, Suite 2000
    Phoenix, AZ  85012
    Fax: (602) 248-0522

    Attorney for Defendants

Q:\CLIENT\047186\0010\B1047003.1

10297-5/MCS/DAG/586161_v1