1   John C. Scheller
    (admitted pro hac vice; Wis. SBN No. 1031247)
2   MICHAEL BEST & FRIEDRICH LLP
    One South Pinckney Street, Suite 700
3   Madison, Wisconsin  53703
    (608) 257-3501
4
    Michael K. Dana, No. 019047
5   SNELL & WILMER, LLP
    One Arizona Center
6   Phoenix, AZ  85004-2202
    (602) 382-6000
7
    Attorneys for Plaintiff
8
    Maria Crimi Speth
9   JABURG & WILK
    3200 North Central Avenue, Suite 2000
10  Phoenix, AZ  85012
    Fax: (602) 248-0522
11
    Attorneys for Defendants
12

13

14                  **IN THE UNITED STATES DISTRICT COURT**

15                     **FOR THE DISTRICT OF ARIZONA**

16  Hy Cite Corporation, a Wisconsin         )   NO:  CV04-2856 PHX EHC
    Corporation,                             )
17                                           )
                      Plaintiff,             )
18                                           )
           v.                                )
19                                           )        **STIPULATION FOR**
    badbusinessbureau.com, L.L.C., a St.     )          **DISMISSAL**
20  Kitts/Nevis Corporation d/b/a            )
    badbusinessbureau.com and/or             )
21  ripoffreport.com and/or                  )
    badbusinessbureau.com/Rip-Off Report.com; )
22  Xcentric Ventures, LLC, an Arizona Limited )
    Liability Company d/b/a                  )
23  badbusinessbureau.com and/or             )
    ripoffreport.com and/or                  )
24  badbusinessbureau.com/Rip-Off Report.com; )
    and Ed Magedson, an Arizona resident,    )
25                                           )
                      Defendants.
26

27

28


10297-5/MCS/DAG/586161_v1

1    IT IS HEREBY STIPULATED by and between the parties to this action, through

2    their designated counsel, that the above-captioned action, including all claims and

3
4    counterclaims, is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal

5    Rules of Civil Procedure.

6    Each party shall bear its own costs and attorneys' fees.

7

8                                    **MICHAEL BEST & FRIEDRICH LLP**

9                                    By: s/John C. Scheller
10                                       John C. Scheller
                                         Frances M. Haas
11                                       One South Pinckney Street, Suite 700
                                         P.O. Box 1806
12                                       Madison, Wisconsin  53701-1806

13                                       Michael K. Dana, No. 019047
14                                       Snell & Wilmer, LLP
                                         One Arizona Center
15                                       Phoenix, AZ  85004-2202
                                         (602) 382-6000
16
                                         Attorneys for Plaintiff
17

18                                   **JARBURG & WILK**

19
                                     By: s/Maria Crimi Speth
20                                       Maria Crimi Speth
                                         3200 North Central Avenue, Suite 2000
21                                       Phoenix, AZ  85012
                                         Fax: (602) 248-0522
22
                                         Attorney for Defendants
23

24

25

26   Q:\CLIENT\047186\0010\B1047003.1

27

28
                                          2

10297-5/MCS/DAG/586161_v1