# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Hy Cite Corporation, a Wisconsin Corporation,<br><br>        Plaintiff,<br>v.<br><br>badbusinessbureau.com, L.L.C., a St. Kitts/Nevis Corporation d/b/a/ badbusinessbureau.com and/or ripoffreport.com and/or badfusinessbureau.com/Rip-Off Report.com; Xcentric Ventures, LLC, an Arizona Limited Liability company d/b/a/ badfusinessbureau.com and/or ripoffreport.com and/or badbusinessbureau.com/Rip-Off Report.com; and Ed Magedson, an Arizona resident,<br><br>        Defendants. | Case No: CV04-2856 PHX-EHC<br><br>**ORDER RE:  STIPULATION FOR DISMISSAL** |

Pursuant to the Stipulation for Dismissal;

IT IS HEREBY ORDERED that the above-captioned action, including all claims and counterclaims, is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.

Dated this 10th day of May, 2007.

_____
Earl H. Carroll
United States District Judge

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

10297-5/MCS/DAG/586117_v1